UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEITH ADAIR DAVIS,

          Plaintiff,

  v.

WILLIAM HAYES, et al.,

          Defendants.

Case No. C16-1709 RSM-BAT

**ORDER DENYING MOTION FOR ORDER TO SHOW CAUSE (DKT. 11)**

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and **ORDERS** as follows:

(1)   The Court adopts the Report and Recommendation;

(2)   Plaintiff's motion for order to show cause (Dkt. 11) is **DENIED.**

(3)   The Clerk of Court is directed to send copies of this Order to Plaintiff and to Judge Tsuchida.

DATED this 9 day of January 2017.

                              RICARDO S. MARTINEZ
                              CHIEF UNITED STATES DISTRICT JUDGE