UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEITH ADAIR DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM HAYES, et al.,<br><br>Defendants. | Case No. C16-1709RSM-BAT<br><br>MINUTE ORDER RE: MOTION TO AMEND COMPLAINT |

This MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

Plaintiff Keith Adair Davis filed an Amended Complaint on February 23, 2017. Dkt. #20. However, before Mr. Davis filed his Amended Complaint, the Honorable Brian A. Tsuchida, United States Magistrate Judge, had already issued a Report and Recommendation on February 7, 2017. Dkt. #19. As a result, Mr. Davis's Amended Complaint was construed as a motion to amend his complaint. *See* Dkt. #21. Objections to Judge Tsuchida's Report and Recommendations were filed by Mr. Davis on February 27, 2017. Dkt. #21. The Court finds it is appropriate for Judge Tsuchida to determine if Mr. Davis's motion to amend his complaint should be granted. *See* Dkt. #10 at 1. Accordingly, the Clerk shall refer the motion to amend (Dkt. #20) to Judge Tsuchida for consideration.

MINUTE ORDER- 1

DATED this 3rd day of March 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

MINUTE ORDER- 2