UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEITH ADAIR DAVIS,<br><br>                    Plaintiff,<br><br>       v.<br><br>WILLIAM HAYES, et al.,<br><br>                    Defendants. | CASE NO. C16-1709 RSM-BAT<br><br>ORDER ADOPTING SECOND REPORT AND RECOMMENDATION RE: MOTION TO AMEND |

The Court, having reviewed Plaintiff's motion to amend (Dkt. #20), the Second Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Second Report and Recommendation (Dkt. #26).

(2) All claims set forth in Plaintiff's "Amended Complaint" (Dkt. #20) shall be **DISMISSED except** as to plaintiff's claims that Defendants Gorman, McKindrey, Bliss, and Elerick used excessive force against plaintiff in August and September 2014 and in August 2016.

ORDER ADOPTING SECOND REPORT AND
RECOMMENDATION RE: MOTION TO AMEND - 1

(3) The Amended Complaint (Dkt. #20) shall be served on Defendants Gorman, McKindrey, Bliss, and Elerick **only** and these defendants shall be required to file an answer **only** as to the excessive force claims.

(4) This matter is re-referred to Judge Tsuchida.

(5) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Tsuchida.

Dated this 14th day of April 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ADOPTING SECOND REPORT AND
RECOMMENDATION RE: MOTION TO AMEND - 1