UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEITH ADAIR DAVIS,

                Plaintiff,

      v.

WILLIAM HAYES, et al.,

                Defendants.

CASE NO. C16-1709 RSM

ORDER STRIKING OBJECTIONS AS UNTIMELY

      This matter comes before the Court on Plaintiff Keith Adair Davis' Objections to the Second Report and Recommendation. Dkt. #31. On March 24, 2017, a Second Report and Recommendation ("R&R") was issued in this matter, allowing Plaintiff to file Objections no later than Tuesday, April 11, 2017. Dkt. #26 at 14. The R&R stated "The Clerk should note the matter for Thursday, April 13, 2017, as ready for the District Judge's consideration if no objection is filed." *Id*. No objections were received by the Court. On April 14, 2017, the Court issued its Order adopting the R&R. Dkt. #30.

      On April 27, 2017, the Court received Objections from Plaintiff via mail. Dkt. #31. The envelope containing the Objections indicates a postmark of April 25, 2017, however Plaintiff dated his Objections April 10, 2017. *Id.* Plaintiff's Objections do not discuss timeliness. *Id.*

ORDER STRIKING OBJECTIONS AS UNTIMELY - 1

1 The Court finds that Plaintiff's Objections are untimely. The deadline to file Objections was Tuesday, April 11, 2017. Although Plaintiff dates his Objections the day before this deadline, the record appears to indicate that Plaintiff's Objections were mailed two weeks after this deadline. The Court has no basis to grant Plaintiff relief from the deadline or to take Plaintiff's date of signing as fact over the evidence of late filing above. Accordingly, the Court will strike these Objections. The Court notes that it has reviewed the Objections and, even if it had considered them, nothing contained therein would cause the Court to deviate from its prior Order adopting the Second R&R.

Accordingly, the Court finds that Plaintiff Davis' Objections to the Second Report and Recommendation (Dkt. #31) are STRICKEN as untimely.

Dated this 2nd day of May 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER STRIKING OBJECTIONS AS UNTIMELY - 1