# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

KEITH ADAIR DAVIS,

    Plaintiff,

v.

WILLIAM HAYES, et. al.,

    Defendant.

CASE NO. C16-1709 RSM-BAT

**ORDER DENYING MOTION TO APPOINT COUNSEL**

Keith Adair Davis, has filed a second motion to appoint counsel. Dkt. 53. For the following reasons, the Court **DENIES** the motion **without prejudice**.

The Court may appoint counsel for indigent civil litigants only under exceptional circumstances. At this point, Mr. Davis has not presented exceptional circumstances that would justify the appointment of counsel. Rather he has demonstrated the ability to litigate his case vigorously, including seeking review in the Circuit Court of Appeals. Accordingly, the Court **DENIES** the motion to appoint counsel, Dkt. 53, **without prejudice**. The Clerk shall send a copy of this Order to Mr. Davis.

DATED this 8th day of September, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DENYING MOTION TO APPOINT
COUNSEL - 1