UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEITH ADAIR DAVIS,

                Plaintiff,

v.

WILLIAM HAYES, et. al.,

                Defendant.

CASE NO. C16-1709 RSM-BAT

**ORDER DIRECTING CLERK TO RENOTE MOTIONS**

Keith Adair Davis filed the following motions relating to his request for discovery: Motion to Compel Discovery (Dkt. 55) noted for October 13, 2017, Motion for Extension of Time for Discovery (Dkt. 60) noted for October 27, 2017, Second Motion to Compel Discovery (Dkt. 61) noted for November 3, 2017, and Motion for Appointment of Counsel (Dkt. 62) noted for November 3, 2017.

In reviewing the motions, the Court concludes they should be considered together. The Court therefore **ORDERS:**

1. Mr. Davis' motion to compel discovery, Dkt. 55, and motion for extension, Dkt. 60, shall be renoted to **November 3, 2017**, so the Court can consider these motions together with the Second Motion to Compel Discovery.

2. The Clerk shall provide a copy of this order to all parties.

ORDER DIRECTING CLERK TO RENOTE
MOTIONS - 1

DATED this 16th day of October, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DIRECTING CLERK TO RENOTE
MOTIONS - 2