UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEITH ADAIR DAVIS,

    Plaintiff,

v.

WILLIAM HAYES, et. al.,

    Defendants.

Case No. C16-1709 RSM

**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER**

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's motion for a temporary restraining order (Dkt. #68) is DENIED.

(3) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Tsuchida.

DATED this 22nd day of December 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION FOR TEMPORARY RESTRAINING
ORDER - 1