UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEITH ADAIR DAVIS,<br><br>      Plaintiff,<br><br> v.<br><br>WILLIAM HAYES, et al.,<br><br>      Defendants. | Case No. 2:16-cv-01709-RSM-BAT<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME AND RENOTING MOTION FOR SUMMARY JUDGMENT** |

On January 5, 2018, Plaintiff requested a thirty day extension of his deadline to respond to Defendants' motion for summary judgment (Dkt. 81). Dkt. 99. Defendants do not oppose the extension. Dkt. 103. The Court finds that the requested extension is reasonable. Accordingly, it is **ORDERED:**

(1) Plaintiff's motion for extension (Dkt. 99) is **GRANTED**; Plaintiff shall file his response to Defendants' motion for summary judgment (Dkt. 81) by **February 12, 2018**. Defendants may file their reply by **February 16, 2018**.

(2) The Clerk is directed to **re-note** Defendants' motion for **February 16, 2018** and to send a copy of this Order to the parties.

DATED this 18th day of January, 2018.

                   _/s/ Brian A. Tsuchida_
                   BRIAN A. TSUCHIDA
                   United States Magistrate Judge